# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOROUD FOLADPOUR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. SACV 13-1722-JLS (JPRx)<br><br>**JUDGMENT** |

　　　The Court having issued its Findings of Fact and Conclusions of Law Upon Administrative Review on June 12, 2015 (Doc. 71), and finding that there was no abuse of discretion in the decision to terminate Plaintiff's LTD benefits, judgment is entered in favor of Defendant and against Plaintiff. Defendant Hartford Life and Accident Insurance Company may recover its cost of suit.

　　　**IT IS SO ORDERED.**

Dated:　July 31, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE